**[Dntccnra]** [District Notice Cancelling or Rescheduling Hearing / Conference / Trial (AP)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                          Case No. 6:26–bk–02440–LVV
                                                                Chapter 7

Benjamin Tyler Poore–Barnes


_____Debtor*_____/

James Michael O'Hara



        Plaintiff*


vs.                                                             Adv. Pro. No. 6:26–ap–00111–LVV


Benjamin Tyler Poore–Barnes



_____Defendant*_____/

## NOTICE OF RESCHEDULED HEARING

NOTICE IS GIVEN THAT the hearing , originally scheduled for October 1, 2026 at 11:00am, has been rescheduled.

The hearing has been rescheduled and will be held on October 1, 2026 at 10:00 AM in Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801.

All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Vaughan's Hearing Guidelines available at https://www.flmb.uscourts.gov/judges/vaughan/.

Avoid Delays. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073–1.



                                        FOR THE COURT
Dated: August 3, 2026                   Jose A Rodriguez , Clerk of Court
                                        George C. Young Federal Courthouse
                                        400 West Washington Street

Suite 5100
Orlando, FL 32801

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.

**References to "Plaintiff" or "Defendant" refer to multiple plaintiffs or defendants, if applicable.