United States Bankruptcy Court

Middle District of Florida

O'Hara,

Plaintiff

Adv. Proc. No. 26-00111-LVV

Poore-Barnes,

Defendant

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 03, 2026 | Form ID: Dntccnra | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

**Recip ID**          **Recipient Name and Address**
dft                 + Benjamin Tyler Poore-Barnes, 2611 River Landing Dr, Sanford, FL 32771-9521

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026                    Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Jeffrey S Badgley

                          on behalf of Defendant Benjamin Tyler Poore-Barnes jbadgley@badgleylawgroup.com
                          bankruptcy@badgleylawgroup.com;assistant@badgleylawgroup.com;medowell@badgleylawgroup.com

TOTAL: 1

[Dntccnra] [District Notice Cancelling or Rescheduling Hearing / Conference / Trial (AP)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                               Case No. 6:26−bk−02440−LVV
                                                     Chapter 7

Benjamin Tyler Poore−Barnes


_____Debtor*_____/

James Michael O'Hara



        Plaintiff*


vs.                                                  Adv. Pro. No. 6:26−ap−00111−LVV


Benjamin Tyler Poore−Barnes



        _____Defendant*_____/

NOTICE OF RESCHEDULED HEARING


NOTICE IS GIVEN THAT the hearing , originally scheduled for October 1, 2026 at 11:00am, has been rescheduled.

The hearing has been rescheduled and will be held on October 1, 2026 at 10:00 AM in Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801.

All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Vaughan's Hearing Guidelines available at https://www.flmb.uscourts.gov/judges/vaughan/.

Avoid Delays. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073−1.




                              FOR THE COURT
Dated: August 3, 2026         Jose A Rodriguez , Clerk of Court
                              George C. Young Federal Courthouse
                              400 West Washington Street

Suite 5100
Orlando, FL 32801

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.

**References to "Plaintiff" or "Defendant" refer to multiple plaintiffs or defendants, if applicable.