**[jiffyordanh]** [Bench Order No Hearing AP +]

ORDERED.

**Dated: September 03, 2026**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:
Benjamin Tyler Poore−Barnes

Case No. 6:26−bk−02440−LVV
Chapter 7

Debtor* /

James Michael O'Hara

Plaintiff*

Adv. Pro. No. 6:26−ap−00111−LVV

vs.

Benjamin Tyler Poore−Barnes

Defendant* /

**ORDER GRANTING MOTION TO ALLOW ZOOM APPEARANCE**

THIS CASE came on for consideration without a hearing of the **Motion to Allow Zoom Appearance** (Doc. **15** ), filed by **Plaintiff James O'Hara** .

The Court having considered the record, the Motion to Allow Zoom Appearance is Granted .

Plaintiff may appear remotely via zoom and must obtain the zoom information by registering at the link below:

https://www.zoomgov.com/meeting/register/vJIscu6upjotGDvCh6qWK13tiPesbE8QHBQ#/registration

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.