UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/01/2026 10:00 AM

COURTROOM 6C, 6th Floor

HONORABLE LORI VAUGHAN

CASE NUMBER: FILING DATE:

**6:26-bk-02440-LVV** **Chapter 7** **06/15/2026**

**ADVERSARY: 6:26-ap-00111-LVV** **Pltf Atty:**

**Dft Atty:** Jeffrey S Badgley

**DEBTOR:** Benjamin Tyler Poore-Barnes

**HEARING:**

O'Hara v. Poore-Barnes

1) Pretrial Conference
2) Defendant's Motion to Dismiss (Doc #8)
Plaintiff's Response in Opposition (Doc #9)
Defendant's Reply in Support of Pro Se Motion to Dismiss (Doc #12)
Nature of Suit:
Objection / Revocation of Discharge - 727(c),(d),(e)
523(a)(2), false pretenses, false representation, actual fraud
523(a)(4), fraud as fiduciary, embezzlement, larceny
523(a)(6), willful and malicious injury

**APPEARANCES:**:
James O'Hara: Plaintiff; Benjamin Barnes: Defendant

**RULING:**
1) Pretrial Conference - Continued to 12/1/2026 at 11:00am (AOCNFNG)

2) Defendant's Motion to Dismiss (Doc #8) - Plaintiff's Response in Opposition (Doc #9) - Defendant's Reply in Support of Pro Se Motion to Dismiss (Doc #12) - Denied; 30 days to file an answer; order by Court.

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.