ORDERED.

**Dated: October 01, 2026**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re<br><br>Benjamin Tyler Poore-Barnes,<br><br>Debtor. | Case No. 6:26-bk-02440-LVV<br>Chapter 7 |
| James Michael O'Hara,<br><br>Plaintiff,<br><br>vs.<br><br>Benjamin Tyler Poore-Barnes,<br><br>Defendant. | Adv. No. 6:26-ap-00111-LVV |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

This proceeding came on for hearing on October 1, 2026, on the Motion to Dismiss Adversary Proceeding (Doc. No. 8) (the "Motion") filed by Defendant. After

reviewing the Complaint,[1] Motion, Plaintiff's Response,[2] and Defendant's Reply,[3] the Court finds for the reasons stated in open court it is

**ORDERED**:

1. The Motion (Doc. No. 8) is **DENIED**.

2. Defendant is directed to answer the Complaint by **November 3, 2026**. Defendant should consult Federal Rule of Civil Procedure 8(b) and admit, deny, or state they do not possess the knowledge to admit or deny each numbered allegation within the Complaint.

3. A continued pretrial conference is scheduled for **11 a.m. on December 1, 2026**, in Courtroom C, Sixth Floor, 400 West Washington Street, Orlando, Florida 32801. All parties may appear via Zoom.

###

The Clerk will serve a copy of this order on interested parties who are non-CM/ECF users.

[1] Doc. No. 1.
[2] Doc. No. 9.
[3] Doc. No. 12.