United States Bankruptcy Court
Middle District of Florida

O'Hara,
Plaintiff
Poore-Barnes,
Defendant

Adv. Proc. No. 26-00111-LVV

# CERTIFICATE OF NOTICE

District/off: 113A-6 User: admin Page 1 of 2
Date Rcvd: Oct 02, 2026 Form ID: pdfdoc Total Noticed: 7

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Benjamin Tyler Poore-Barnes, 2611 River Landing Dr, Sanford, FL 32771-9521 |
| pla | + | James Michael O'Hara, 19141 Sabal Street, Orlando, FL 32833-5784 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | ^ | MEBN | Oct 03 2026 00:20:00 | Heidi O'Brien, DOJ-Ust, 400 West Washington Street, Ste 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Oct 03 2026 00:24:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + | Email/Text: ustpregion10.in.ecf@usdoj.gov | Oct 03 2026 00:24:00 | U.S. Trustee, Office of U.S. Trustee, 46 E Ohio Street, Room 520, Indianapolis, IN 46204-1903 |
| ust | + | Email/Text: ustpregion02.li.ecf@usdoj.gov | Oct 03 2026 00:24:00 | United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza - Room 560, Central Islip, NY 11722-4456 |
| ust | + | Email/Text: ustpregion21.TL.ecf@usdoj.gov | Oct 03 2026 00:24:00 | United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301-7728 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | *+ | United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301-7728 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 113A-6 User: admin Page 2 of 2
Date Rcvd: Oct 02, 2026 Form ID: pdfdoc Total Noticed: 7

Date: Oct 04, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey S Badgley | on behalf of Defendant Benjamin Tyler Poore-Barnes jbadgley@badgleylawgroup.com bankruptcy@badgleylawgroup.com;assistant@badgleylawgroup.com;medowell@badgleylawgroup.com |

TOTAL: 1

ORDERED.

**Dated: October 01, 2026**

Lori V Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| Benjamin Tyler Poore-Barnes, | ) | Case No. 6:26-bk-02440-LVV<br>Chapter 7 |
| Debtor. | ) | |
| James Michael O'Hara, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adv. No. 6:26-ap-00111-LVV |
| Benjamin Tyler Poore-Barnes, | ) | |
| Defendant. | ) | |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

This proceeding came on for hearing on October 1, 2026, on the Motion to Dismiss Adversary Proceeding (Doc. No. 8) (the "Motion") filed by Defendant. After

reviewing the Complaint,[1] Motion, Plaintiff's Response,[2] and Defendant's Reply,[3] the Court finds for the reasons stated in open court it is

**ORDERED**:

1. The Motion (Doc. No. 8) is **DENIED**.

2. Defendant is directed to answer the Complaint by **November 3, 2026**. Defendant should consult Federal Rule of Civil Procedure 8(b) and admit, deny, or state they do not possess the knowledge to admit or deny each numbered allegation within the Complaint.

3. A continued pretrial conference is scheduled for **11 a.m. on December 1, 2026**, in Courtroom C, Sixth Floor, 400 West Washington Street, Orlando, Florida 32801. All parties may appear via Zoom.

###

The Clerk will serve a copy of this order on interested parties who are non-CM/ECF users.

[1] Doc. No. 1.
[2] Doc. No. 9.
[3] Doc. No. 12.