**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

BENJAMIN TYLER POORE-BARNES,

Debtor.
/

Case No. 6:26-bk-02440-LVV
Chapter 7

JAMES MICHAEL O'HARA,

Plaintiff,

v.

BENJAMIN TYLER POORE-BARNES,

Defendant.
/

Adv. Pro. No. 6:26-ap-00111-LVV

# NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel, Cole B. Branson, of the law firm of Branson Ainsworth PLLC, appears as counsel of record in the above-styled adversary proceeding for the Defendant, Benjamin Tyler Poore-Barnes.

The undersigned requests that all notices given or required to be given in this adversary proceeding and all papers served in this adversary proceeding be given to and served upon the undersigned at the following address:

Cole B. Branson
Branson Ainsworth PLLC
1501 E. Concord Street

Orlando, Florida 32803
Telephone: (407) 476-9855
*Cole@BransonLaw.com*

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise, which affect the Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided electronically through the Court's CM/ECF filing system to all registered recipients.

/s/ Cole B. Branson
Cole B. Branson, Esq.
Florida Bar No. 1049610
**Branson Ainsworth PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Phone: (407) 476-9855
*Cole@BransonLaw.com*
Attorney for Defendant