**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

BENJAMIN TYLER POORE-BARNES,
Debtor.
_______________________________/

Case No. 6:26-bk-02440-LVV
Chapter 7

JAMES MICHAEL O'HARA,
Plaintiff,
v.
BENJAMIN TYLER POORE-BARNES,
Defendant.
_______________________________/

Adv. No. 6:26-ap-00111-LVV

**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST DISCOVERY REQUESTS**

Plaintiff James Michael O'Hara, pro se, and Defendant Benjamin Tyler Poore-Barnes, through counsel, stipulate as follows. Federal Rules of Civil Procedure 33(b)(2), 34(b)(2)(A), and 36(a)(3), applied by Federal Rules of Bankruptcy Procedure 7033, 7034, and 7036, each allow a longer time to respond that is "stipulated to under Rule 29." Rule 29(b), applied by Federal Rule of Bankruptcy Procedure 7029, requires court approval of such a stipulation only if it would interfere with the time set for completing discovery, for hearing a motion, or for trial. None of those times has been set, so this stipulation is filed under Local Rule 7001-1(p) without a request for an order.

Defendant's time to serve his answers and objections to Plaintiff's First Interrogatories, his written responses and objections to Plaintiff's First Requests for Production, and his answers and objections to Plaintiff's First Requests for Admission, all served by mail on October 7, 2026, is extended to and including Monday, November 23, 2026. By the same date, Defendant will produce the responsive, nonprivileged documents that are not withheld based on an objection.

Dated: November 6, 2026

/s/ James Michael O'Hara
James Michael O'Hara
Plaintiff, pro se
19141 Sabal Street
Orlando, Florida 32833
Telephone: 407-608-2473
Email: pgadget@gmail.com

/s/ Cole Branson_______
Cole Branson, Esq.
Florida Bar No. 1049610
Branson Ainsworth, PLLC
1501 E. Concord Street
Orlando, Florida 32803
Telephone: 407-894-6834
Email: cole@bransonlaw.com
Counsel for Defendant

Filer's Attestation: Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Cole Branson attests that concurrence in the filing of this paper has been obtained.

**CERTIFICATE OF SERVICE**

I certify that on November 6, 2026, I filed this Stipulation through the Court's CM/ECF system, which will send notice to all registered users, and served a copy on James Michael O'Hara via email (pgadget@gmail.com).

/s/ Cole Branson_______
Cole Branson, Esq.
Branson Ainsworth, PLLC